

# NUMBER 13-10-00344-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE: ROLANDO CASTRO

## On Petition for Writ of Mandamus.

# MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Yañez and Garza
### Memorandum Opinion Per Curiam[1]

On June 29, 2010, relator, Rolando Castro, filed a petition for writ of mandamus. On July 7, 2010, the Court requested that the real party in interest, Transmontaigne, Inc., file a response to the petition for writ of mandamus. Relator has now filed a motion to dismiss this original proceeding. According to the motion to dismiss, the parties have compromised and settled their differences.

The Court, having considered the documents on file and relator's motion to dismiss this original proceeding, is of the opinion that the motion should be granted. Accordingly,

---

[1] See TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

this original proceeding is DISMISSED without reference to the merits thereof.  Pending motions, if any, are likewise DISMISSED.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
7th day of September, 2010.